UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LOUIS ROMANO,
              Plaintiff,

v.

TRIBOROUGH ENERGY CORP., LARRY
BERISHA, ALEX BERISHA, GJESTE
BERISHA, DUSHE BERISHA, and THE
REAL PROPERTY LOCATED AT 815 MACE
AVENUE, BRONX, NEW YORK, 10467,
              Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 463 (VB)

     Under Rule 18 of the SDNY Rules for the Division of Business Among District Judges, a civil case <u>must</u> be designated for assignment to the White Plains courthouse if:

    i.    The claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan, or Westchester (the "Northern Counties") and at least one of the parties resides in the Northern Counties; or

    ii.   The claim arose in whole or in major part in the Northern Counties and none of the parties resides in this District.

     A civil case <u>may</u> also be designated for assignment to White Plains if:

    iii.  The claim arose outside this district and at least some of the parties reside in the Northern Counties; or

    iv.  At least half of the parties reside in the Northern Counties.

     Here, according to the complaint, plaintiff resides in New Jersey, defendant Triborough Energy Corp. has an address in Bronx County, and all the individual defendants other than Alex Berisha—who resides in Rockland County—reside in Bronx County. Plaintiff alleges no facts indicating this claim arose in whole or in major part in the Northern Counties, or that the claim arose outside this district and at least some of the parties reside in the Northern Counties, or at least half the parties reside in the Northern Counties. Therefore, it does not appear this case was properly designated to White Plains.

1

Accordingly, by **January 28, 2022**, plaintiff's counsel shall submit a letter explaining in detail why the case is properly designated for assignment to the White Plains courthouse under Rule 18 or acknowledging that it should be reassigned to the Manhattan courthouse.

Dated: January 21, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge