USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/09/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
LOUIS ROMANO,                                             :
                       Plaintiff,      :
       -against-                                         :
                                    :
TRIBOROUGH ENERGY CORP., DUSHE                            :       22-CV-0463 (VEC)
BERISHA, GJESTE BERISHA, ALEX BERISHA                     :
AND LARRY BERISHA, EACH AN                                :       ORDER
INDIVIDUAL, THE ADMINSTRATOR OF THE                       :
ESTATE OF GJOK BERISHA, AND THE REAL                      :
PROPERTY LOCATED AT 815 MACE VENUE,                       :
BRONX, NEW YORK 10467,                                    :
                                    :
                     Defendants.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 8, 2022, Defendants filed motions to dismiss the complaint, Dkts. 43, 44;

      IT IS HEREBY ORDERED that any response in opposition to the motions is due no later than **Friday, April 8, 2022** and any reply in support is due no later than **Friday, April 22, 2022**. The Court reminds Plaintiff that in lieu of responding to the motions to dismiss, Plaintiff may file an amended complaint in line with Rule 4(E)(i) of the undersigned's Individual Practices in Civil Cases.

**SO ORDERED.**

**Date:  March 9, 2022**
       **New York, New York**
                                                                  **VALERIE CAPRONI**
                                                                  **United States District Judge**