USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
LOUIS ROMANO,                                          :
                                        Plaintiff,     :
                  -against-                            :
                                                       :
TRIBOROUGH ENERGY CORP., DUSHE         :          22-CV-0463 (VEC)
BERISHA, GJESTE BERISHA, ALEX BERISHA :
AND LARRY BERISHA, EACH AN             :          ORDER
INDIVIDUAL, THE ADMINSTRATOR OF THE    :
ESTATE OF GJOK BERISHA, AND THE REAL   :
PROPERTY LOCATED AT 815 MACE VENUE,    :
BRONX, NEW YORK 10467,                 :
                                                       :
                                      Defendants.      :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 8, 2022, Defendants filed motions to dismiss the complaint, Dkts. 43, 44;

WHEREAS in lieu of responding to the motions to dismiss, Plaintiff filed an amended complaint, Dkt. 51;

WHEREAS on April 13, 2022, Defendants Dushe Berisha and Triborough Energy Corp. answered the amended complaint, Dkt. 52; and

WHEREAS on April 18, 2022, Defendants Alex Berisha, Gjeste Berisha, and Larry Berihsa moved to dismiss the amended complaint, Dkt. 53.

IT IS HEREBY ORDERED that the initially filed motions to dismiss the original complaint (Dkts. 43, 44) are dismissed as moot.

IT IS FURTHER ORDERED that any response in opposition to the pending motion to dismiss (Dkt. 53) is due no later than **Friday, May 20, 2022**.  Any reply in support of the motion is due no later than **Friday, June 3, 2022**.

The Clerk of Court is respectfully directed to close the open motions at docket entries 43 and 44.

**SO ORDERED.**

**Date:  April 19, 2022**
      **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**