```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
LOUIS ROMANO,                                      :
                          Plaintiff,       :
           -against-                           :
                                                                    :
TRIBOROUGH ENERGY CORP. and DUSHE   :      22-CV-0463 (VEC)
BERISHA,                                           :
                                                                    :      ORDER
                    Defendants.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on February 22, 2023, the Court was informed that mediation in this matter was unsuccessful, Dkt. 64.

      IT IS HEREBY ORDERED that, no later than **March 2, 2023**, the parties must submit a revised case management plan and joint letter as outlined in the Order at docket entry 37. A pretrial conference is scheduled for **Friday, March 10, 2023, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: February 22, 2023
      New York, New York

                                            **VALERIE CAPRONI**
                                            **United States District Judge**