


Hollis Laidlaw & Simon P.C.
55 Smith Avenue
Mount Kisco, NY 10549
(914) 666-5600
Fax (914) 666-6267
hollislaidlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/27/2023

February 25, 2023

**Via ECF**
Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      **Re:** **Romano v. Triborough Energy Corp. et al.**
           **22-CV-00463-VEC**
           **Request for Adjournment of March 10, 2023 Conference**

Dear Judge Caproni:

This office represents defendants Triborough Energy Corp. and Dushe Berisha.

In Your Honor's Order dated February 22, 2023, a pretrial conference was scheduled for Friday, March 10, 2023 at 10 A.M. I am respectfully requesting that the conference be adjourned to March 16, 17 or 20. Plaintiff's counsel has consented to the request.

The reason for the proposed adjournment is that I will be out of the country on a family vacation that was planned several months ago and will not be back until March 15, 2023. No previous requests have been made to adjourn a pretrial conference. This request is being made more than 48 hours prior to the scheduled conference date.

Counsel will still submit the revised case management schedule by the March 2, 2023 deadline set by the Court.

Thank you for your consideration of the above request.

                                                       Sincerely,

                                                       David Simon

cc:    D. Barrack, Esq.

Application GRANTED. The pretrial conference in this matter is adjourned until **Friday, March 17, 2023, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

02/27/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE